McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-00164-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HOLLY GARREN, | DATE: October 22, 2019 TIME: November 5, 2019, 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Change of Plea on October 22, 2019.

2. By this stipulation, defendant now moves to continue the Change of Plea hearing until November 5, 2019, and to exclude time between October 22, 2019, and November 5, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) On October 14, Defense counsel requested additional discovery related to the defendant's text messages and post-arrest statements. Defense counsel and the government have since that time been investigating these issues, as they have the potential to impact plea negotiations and trial strategy.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    b)    Counsel for defendant also recently had a family emergency that will require

2    travel out of state for two-to-three weeks.  Counsel needs additional time once she is back in

3    state to meet with the defendant and discuss the discovery and trial strategy, and to otherwise

4    prepare for trial.

5    c)    Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him/her the reasonable time necessary for effective preparation, taking

7    into account the exercise of due diligence.

8    d)    The government does not object to the continuance.

9    e)    Based on the above-stated findings, the ends of justice served by continuing the

10    case as requested outweigh the interest of the public and the defendant in a trial within the

11    original date prescribed by the Speedy Trial Act.

12    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13    et seq., within which trial must commence, the time period of October 22, 2019 to November 5,

14    2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15    T4] because it results from a continuance granted by the Court at defendant's request on the basis

16    of the Court's finding that the ends of justice served by taking such action outweigh the best

17    interest of the public and the defendant in a speedy trial.

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 21, 2019

McGREGOR W. SCOTT
United States Attorney


/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney


Dated: October 21, 2019

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
HOLLY GARREN


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of October, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge