McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>HOLLY GARREN,<br><br>                              Defendant. | CASE NO. 19-CR-00164-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 5, 2019<br>TIME: January 7, 2020, 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a Change of Plea on November 5, 2019.

2.      By this stipulation, defendant now moves to continue the Change of Plea hearing until January 7, 2020 at 9:15 a.m., and to exclude time between November 5, 2019, and January 7, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      On October 14, Defense counsel requested additional discovery related to the defendant's text messages and post-arrest statements. Defense counsel and the government have since that time been investigating these issues, as they have the potential to impact plea negotiations and trial strategy.

1         b)     Counsel for defendant also recently had a family emergency that has required

2    travel out of state and managing family affairs for several weeks. Counsel needs additional time

3    once she is back in the state to meet with the defendant and discuss the discovery and trial

4    strategy, and to otherwise prepare for trial.

5         c)     Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him/her the reasonable time necessary for effective preparation, taking

7    into account the exercise of due diligence.

8         d)     The government does not object to the continuance.

9         e)     Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of November 5, 2019 to January 7,

14   2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15   T4] because it results from a continuance granted by the Court at defendant's request on the basis

16   of the Court's finding that the ends of justice served by taking such action outweigh the best

17   interest of the public and the defendant in a speedy trial.

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 4, 2019                              McGREGOR W. SCOTT
                                                     United States Attorney


                                                     /s/ CAMERON L. DESMOND
                                                     CAMERON L. DESMOND
                                                     Assistant United States Attorney


Dated:  November 4, 2019                              /s/ SHARI RUSK
                                                     SHARI RUSK
                                                     Counsel for Defendant
                                                     HOLLY GARREN


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of November, 2019.


                                                     /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE